# Douglas R. Dollinger, P.C.
## & Associates
### Counselors at Law
Admitted to Both
State & Federal Practice

Miguel R. San Jose, Esq.
Admitted in New Jersey

50 Main Street
Suite 1000
White Plains, New York 10606
ddollingerlaw.com

Telephone
845.915.6800

Facsimile
845.845.6801

Affiliate Offices
San Diego-California
New York City-New York
Charlotte-North Carolina

Georgette Franzone
Director of Legal Affairs
845.206.9211

May 22, 2014

Hon. P. Kevin Castel
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12C
New York, NY 10007-1312

      Re: <u>Dean E. Miller, as representative shareholder v. Steven Victor, M.D. et al.</u>
          Case No. 14 CV 1819 (PKC)

Your Honor:

    Pursuant to Court's Individual Practices Rule 1(A)(C), the Plaintiff requests an adjournment of the initial pre-trial conference scheduled for Friday, May 30, 2014 at 10:45am in in Courtroom 12C, 500 Pearl Street, New York, New York.

    The Plaintiff requests this adjournment in the interest of judicial economy because the Plaintiff intends to amend the complaint which would have a substantial effect of the issues that would be addressed at the pre-trial conference.

    The Plaintiff also notes that, as of the date of this letter, none of the Defendants have answered the complaint and would therefore not be prejudiced by this request.

    No previous request for an adjournment has been made on this matter and the Defendants' Counsel has consented to the adjournment with a proposed new appearance date of June 27, 2014.

                                      Respectfully,

                                       Douglas R. Dollinger, Esq.

cc: Stuart L. Sanders, Esq.
    via e-filing and e-mail

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he caused a copy of the Request for Adjournment to be served upon counsel and all parties by electronic filing of same on the Court's Electronic Case Filing (ECF) system:

Dated:  May 22, 2014
Charlotte, North Carolina

/S/
Douglas R. Dollinger, Esq.