UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEAN E. MILLER and JOSEPH M. SALVANI as Representatives shareholders, brings this action on behalf of the nominal defendant INTELLICELL BIOSCIENCES, INC., as and for derivative claims,<br><br>Plaintiffs,<br><br>-against-<br><br>STEVEN VICTOR, MD, in his capacity as Chairmen -CEO, and individually, ANNA RHODES as former Executive Vice President and individually, LEONARD L. MAZUR as interim Chief Operating Officer and individually, MYRON HOLUBIAK as a Director and individually, MICHAEL HERSHMAN, as Chairman of the Board of Directors and individually, STUART GOLDFARB as a former Director and individually, VICTOR DERMATOLOGY & REJUVENATION, P.C., VICTOR COSMECEUTICALS, INC., LASERSCULPT, INC., and the DOE ENTITIES 1-5,<br><br>Defendants,<br><br>and,<br><br>INTELLICELL BIOSCIENCES, INC.,<br><br>Nominal-Defendant. | ECF CASE<br><br>Case No: 14-CV 1819 (PKC)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(i)<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3-24-15 |

**PLEASE TAKE NOTICE**, Plaintiffs, DEAN E. MILLER and JOSEPH M. SALVANI as collective Representatives by their attorneys, The Law Offices of Douglas R. Dollinger, Esq., P.C., & Associates, hereby voluntarily dismiss the above-captioned action, pursuant to Fed. Civ. P. Rule 41(a)(1)(A)(i) as against all

Defendants no answer or motion for summary judgment having been filed with the Court.

*All motions are terminated*

Dated: March 23, 2015
White Plains, New York

DOUGLAS R. DOLLINGER,, ESQ. (5922)
Attorney Plaintiff Representative
50 Main Street-Suite 1000
White Plains, New York 10606
Tel. 845.915.6800
Fax. 845.915.6801
ddollingeresq@gmail.com

SO ORDERED
/s/ ___, USDJ
3-24-15